UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REGINALD LUMPKIN,

    Plaintiff,

v.

Case No.: 6:14-CV-2049-Orl-31TBS

VOLUSIA TRADERS, INC., AND
ALEX SPANOS,

    Defendants.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

    Plaintiff, REGINALD LUMPKIN, by and through the undersigned counsel, hereby sues Defendants, VOLUSIA TRADERS, INC., and ALEX SPANOS, hereinafter referred to as Defendants, and alleges as follows:

1.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has original jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b), 29 U.S.C. § 215(a)(3), and 28 U.S.C. § 1331.

2.    The unlawful employment practices alleged below were committed within Volusia County, Florida.

3.    Plaintiff resides in Brevard County, Florida, and has at all times material herein, resided in Brevard County and/or Volusia County, Florida.

4.    Defendant, VOLUSIA TRADERS, INC, is a Florida Corporation that is registered and doing business in the State of Florida, operates in Volusia County, is an "employer" as defined in the statute under which this Complaint is brought and is therefore, within the jurisdiction of the Court.

1

5. Defendant, ALEX SPANOS is the owner and day to day operator of VOLUSIA TRADERS, INC., and was a supervisor of the Plaintiff, and is an "employer" as defined in the statute under which this Complaint is brought.

6. The Plaintiff entered into an employment agreement with the Defendants where the Defendants would pay the Plaintiff money in exchange for work the Plaintiff performed for the Defendants. The Plaintiff is an employee as defined in the statute under which this Complaint is brought.

7. The Defendants are engaged in interstate commerce because the Defendant, VOLUSIA TRADERS, INC., engages in interstate transactions, uses and sells interstate products and has a gross volume of sales in access of $500,000.00.

8. The Plaintiff has retained the undersigned attorney and agreed to pay a reasonable fee for its services.

## COUNT I:
## VIOLATION OF THE OVERTIME PROVISIONS OF
## THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

9. Plaintiff realleges and incorporates paragraphs 1 through 8 of this Complaint as if set forth in full herein.

10. This action is brought pursuant to the employment relationship of the parties in regards to unpaid overtime wages.

11. Plaintiff performed services for Defendants from May 18, 2011 through July 29, 2014.

12. Plaintiff worked as an hourly and/or piece-meal employee for the Defendants earning $20.00 per hour and/or $100.00 for each car that he detailed. Plaintiff's primary duties were manual labor.

13. Defendants' conduct was consistent throughout the employment of the Plaintiff. Defendants repeatedly and willfully violated Section 7 and Section 15 of the FLSA by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for hours and/or piece-rate fees that the Plaintiff worked above 40 hours each workweek.

14. Defendants actions were willful and not in good faith.

15. Defendants are liable to Plaintiff for actual damages, liquidated damages, and equitable relief pursuant to 29 U.S.C. §216(b).

16. Defendants are liable for Plaintiff's attorney fees and costs incurred, pursuant to 29 U.S.C. §216(b).

**WHEREFORE**, Plaintiff demands judgment against the Defendants for the following:

a) Unpaid overtime found to be due and owing;

b) An additional amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

c) Prejudgment interest;

d) Award of reasonable attorney's fee and costs; and

e) Such other relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues herein triable by jury.

DATED this 11th day of December, 2014.

ARCADIER & ASSOCIATES, P.A.

*/s/ Maurice Arcadier, Esquire*
Maurice Arcadier, Esquire
Florida Bar No. 0131180
Stephen Biggie, Esquire
Florida Bar No.: 0084035
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@wamalaw.com
Phone: (321) 953-5998
Fax: (321) 953-6075